IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALERY KOTLYAROFF,

       Plaintiff,                      No. CIV S- 05-0406 GGH

     vs.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

       Defendant.                 ORDER TO SHOW CAUSE

         Plaintiff is proceeding in this action with counsel. On August 5, 2005, defendant filed a motion to dismiss. Plaintiff has not filed a response.

         Good cause appearing, IT IS HEREBY ORDERED that plaintiff show cause in writing within twenty days of the filed date of this order for failure to file an opposition, and file an opposition. Failure to <u>timely</u> file the opposition will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

DATED: 9/29/05

                                                          /s/ Gregory G. Hollows

                                                          GREGORY G. HOLLOWS
                                                          U. S. MAGISTRATE JUDGE

GGH/076

Kotlyaroff406.osc.wpd

1